UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE (SF-00030),<br><br>   Plaintiff,<br><br>  v.<br><br>SALESFORCE, INC.,<br><br>   Defendant. | Case No.  26-cv-04711-LJC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the case is related to *A.A. v. Salesforce, Inc.*, No. 26-cv-01531-JST.

**IT IS SO ORDERED.**

Dated: June 5, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge